## MICHAEL DEVINCENTIS *v.* VALERIE DEVINCENTIS (13609)

Foti, Lavery and Landau, Js.

Argued October 31—decision released December 5, 1995

*James V. Somers,* with whom, on the brief, were *Suzanne L. McAlpine,* and *John J. Keefe, Jr.,* for the appellant (plaintiff).

*James B. Streeto,* for the appellee (defendant).

PER CURIAM. The plaintiff appeals from a judgment of dissolution. This appeal can best be categorized as a valiant but futile effort to retry the case in this court. No novel principles of law or appellate procedures are involved and to discuss the defendant's claim would serve no good purpose. See *Byrne* v. *Trice,* 170 Conn. 442, 442–43, 365 A.2d 1063 (1976).

The judgment is affirmed.